

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 16, 2022

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

So Ordered. 2/16/2022

_____
Robert W. Lehrburger
U.S. Magistrate Judge

Re:   *United States* v. *Jesus Cabrera, a/k/a "Gee,"* et al, S2 22 Cr. 10 (NRB)

Dear Judge Lehrburger:

The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, S2 22 Cr. 10 (NRB).  We have been advised that at least five of the new defendants named in the superseding indictment have now been arrested and are currently in custody.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By  _____
AUSAs David J. Robles
212-637-2550