```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

UNITED STATES OF AMERICA

        - against -                              ORDER

JESUS CABRERA, a/k/a "Gee," et al.,           22 Cr. 10 (NRB)

              Defendants.

--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


   **WHEREAS** pre-trial motions were filed on February 17, 2023 and March 3, 2023 by defendants Jesus Cabrera, a/k/a "Gee"; Michael Amaya, a/k/a "Miz"; Alberto Concepcion, a/k/a "Chino"; and Willie Harris, a/k/a "Light", see ECF Nos. 80-86, 96;

   **WHEREAS** those pre-trial motions were fully briefed on May 15, 2023 and May 22, 2023, see ECF Nos. 109, 110; it is hereby

   **ORDERED** that an evidentiary hearing on Concepcion's motion to suppress, see ECF Nos. 84-85, will be held on June 29, 2023 at 10:30 a.m.; and

   **ORDERED** that the Government should bring a copy of and be prepared to play the Body Worn Camera footage of the November 21, 2020 stop of Amaya, referenced in the Government's letter of May 10, 2023, see ECF No. 106, at the June 29, 2023 evidentiary hearing on Concepcion's motion to suppress; and

**ORDERED** that a status conference will be held on July 27, 2023 at 12:00 p.m.  Speedy trial time is excluded as to all defendants until then.  The Court finds that the ends of justice are served by the granting of this continuance and that the continuance outweighs the best interests of the public and defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

DATED:      New York, New York
            June 6, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE