

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 23, 2024

**By Email and ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    *United States v. Jesus Cabrera, a/k/a "Gee," et al.,*
              **S4 22 Cr. 10 (NRB)**

Dear Judge Buchwald:

    The Government writes to respectfully request that its deadline to respond to defendant Jesus Cabrera's pre-trial motion, *see* Dkt. 140, which defendant Michael Amaya also joins, be adjourned from January 26, 2024 to January 31, 2024. Defense counsel consent to this request.

*[Handwritten: Application granted. Naomi Reice Buchwald, USDJ 1/23/24]*

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

              By:        /s/
                     Matthew J. King
                     Kaylan E. Lasky
                     David J. Robles
                     Assistant United States Attorneys
                     Southern District of New York
                     (212) 637-2384 / -2315 / -2550