

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2024

**By Email and ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    ***United States v. Frankie Capellan, et al.,***
              **S4 22 Cr. 10 (NRB)**

Dear Judge Buchwald:

    The Government writes to respectfully request that it have until January 25, 2024 to submit its sentencing submission, which was due on January 23, 2024, for the above-captioned defendant. Defense counsel consents to this request.

    The Government thanks the Court for its consideration of its request.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

By:            */s/*
                          Matthew J. King
                          Kaylan E. Lasky
                          David J. Robles
                          Assistant United States Attorneys
                          Southern District of New York
                          (212) 637-2384 / -2315 / -2550

```
Application granted.
So ordered.
```

                NAOMI REICE BUCHWALD
                UNITED STATES DISTRICT JUDGE

```
Dated:   January 25, 2024
         New York, New York
```