# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8ᵀᴴ FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
GUADLAW@GMAIL.COM

October 29, 2024

By ECF/SEALED

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Jesus Cabrera Docket No. 22-cr-10-NRB-2**

Dear Judge Buchwald:

    I represent Jesus Cabrera. The defense is respectfully requesting to file Mr. Cabrera's sentencing memorandum under seal due to the sensitive information contained therein. To comply with the Court's mandate that the sentencing memorandum be filed today, October 29, 2024, the memorandum was emailed to AUSA David Robles, Kaylan Elizabeth Lasky, Matthew J. King, Probation Officer Ashley E. Geiser, and Your Honor's court deputy.

Application granted. **So ordered.**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024
      New York, New York

Respectfully Submitted,

*Peter J. Guadagnino*

Peter Guadagnino, ESQ.
Attorney for Jesus Cabrera